# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:20-cr-00579-SVW

Date: June 21, 2021

Present: The Honorable STEPHEN V. WILSON , ☑ District Judge / ☐ Magistrate Judge

| Paul M. Cruz | Katie Thibodeaux | Hermineh Panossian | Scott Paetty |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| **USA v. DEFENDANT(S) PRESENT** | **ATTORNEYS PRESENT FOR DEFENDANTS** |
|---|---|
| Arman Hayrapetyan | Jilbert Tahmazian |
| ☐ Custody ☑ Bond ☐ O/R | ☐ Appointed ☑ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

## PROCEEDINGS:  CHANGE OF PLEA

☑ Defendant moves to change plea to the First Superseding Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 26 _____ of the First Superseding Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to September 20, 2021 at 9:00 a.m. _____ for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____ .
☐ Court orders:

☐ Other:

: _____ 15

Initials of Deputy Clerk _____ PMC

cc:   *Probation Office*

CR-08 (09/09)                **CRIMINAL MINUTES - CHANGE OF PLEA**